# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA CHEMICAL
ASSOCIATION

NO.  2021 CW 0840

VERSUS

LOUISIANA PILOTAGE FEE
COMMISSION

OCTOBER 18, 2021

---

In Re:    Louisiana  Pilotage  Fee  Commission,  applying  for
          supervisory  writs,  19th  Judicial  District  Court,
          Parish of East Baton Rouge, No. 702569.

---

**BEFORE:    LANIER, WOLFE, AND BURRIS,[1] JJ.**

   **WRIT DENIED.**

                    **WIL**
                    **EW**
                    **WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.